IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BENITO MIGUEL CURIEL,<br><br>                 Plaintiff,<br><br>vs.<br><br>LONG, cpl, Individual and Official capacity; BECKY, Ms., Account/Funds Handler, Individual and Official capacity; UNKNOWN, cpl, Shield Number 97092, Individual and Official capacity; UNKNOWN, sgt, Individual and Official capacity;  UNKNOWN, cpl, Shield Number 97051, Individual and Official capacity; UNKNOWN SHERIFF, Sheriff, Individual and Official capacity;  BRANDON, Head United States Marshal, Individual and Official capacity;  JON, Shield Number 52, Individual and Official capacity; UNKNOWN, Nurse, Individual and Official capacity;  UNKNOWN, Doctor, Individual and Official capacity; and  UNKNOWN, Capt, Individual and Official capacity;<br><br>                 Defendants. | 8:24CV493<br><br>MEMORANDUM AND ORDER |

       This matter is before the Court on its own motion.  On December 30, 2024, the Clerk of the Court sent an order to Plaintiff at his last known address, and it was returned to this Court as undeliverable.  See Filing Nos. 57 and 59.  Plaintiff has an obligation to keep the Court informed of his current address at all times.  See NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days).  This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

       IT IS THEREFORE ORDERED that:

2

1.      Plaintiff must update his address no later than **March 10, 2025**. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2.      The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **March 10, 2025**: check for address.

Dated this 6th day of February, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court