IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BENITO MIGUEL CURIEL,<br><br>                Plaintiff,<br><br>vs.<br><br>LONG, cpl, Individual and Official capacity; BECKY, Ms., Account/Funds Handler, Individual and Official capacity; UNKNOWN, cpl, Shield Number 97092, Individual and Official capacity; UNKNOWN, sgt, Individual and Official capacity;  UNKNOWN, cpl, Shield Number 97051, Individual and Official capacity; UNKNOWN SHERIFF, Sheriff, Individual and Official capacity;  BRANDON, Head United States Marshal, Individual and Official capacity;  JON, Shield Number 52, Individual and Official capacity; UNKNOWN, Nurse, Individual and Official capacity;  UNKNOWN, Doctor, Individual and Official capacity; and  UNKNOWN, Capt, Individual and Official capacity;<br><br>                Defendants. | 8:24CV493<br><br>**MEMORANDUM AND ORDER** |

       On February 6, 2025, the Court ordered Plaintiff to update his address with the Court by March 10, 2025, or face dismissal of this action.  Filing No. 60.  To date, Plaintiff has not updated his address or taken any other action in this matter.

       IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.  The Court will enter judgment by a separate document.

Dated this 13th day of March, 2025.

BY THE COURT:

*[signature]*

Joseph F. Bataillon
Senior United States District Court